LALIT K. PAREKH *vs.* CARLITA Q. PAREKH. January 11, 1996. *Supreme Judicial Court*, Appeal from order of single justice. *Practice, Civil*, Interlocutory appeal.

This is a purported appeal under S.J.C. Rule 2:21, *post* 1303 (1995), from the denial pursuant to G. L. c. 211, § 3, of relief from an order entered against the plaintiff appellant in a G. L. c. 209A proceeding. The appellant has omitted necessary papers from the record: a copy of the petition to the single justice and a copy of the docket in the county court. An order entered in a G. L. c. 209A proceeding is not an interlocutory order of the trial court subject to S.J.C. Rule 2:21. For the purposes of appeal in this case, S.J.C. Rule 2:21 is inapplicable. An appeal pursuant to the regular appellate process is the appropriate avenue for the appellant to pursue. The court need take no action pursuant to S.J.C. Rule 2:21. The appellant may pursue his appeal according to the regular process.

The case was submitted on the papers filed, accompanied by a memorandum of law.

*David W. Rifkin & Patrick Morgan* for the plaintiff.

*Pamela Casey O'Brien* for the defendant.